No. 10–6902. GREEN v. NELSON, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 10–6903. GARNETT v. WINONA COUNTY SOCIAL SERVICES ET AL. Ct. App. Minn. Certiorari denied.

No. 10–6905. HARMON v. KEITH, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 10–6913. MAGER v. PRAIRIE CENTER DEVELOPMENT, LLC. Sup. Ct. Colo. Certiorari denied.

No. 10–6915. GREENE v. CALIFORNIA STATE PRISON ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 10–6919. GREEN v. VU (Reported below: 393 Fed. Appx. 225); and GREEN v. GRAMPRE ET AL. (388 Fed. Appx. 437). C. A. 5th Cir. Certiorari denied.

No. 10–6927. ALSTON v. MCNEIL, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 10–6931. PIERCE v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 10–6940. LEWIS v. VAIL, SECRETARY, WASHINGTON DE-PARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 10–6942. PATTERSON v. BENSON ET AL. C. A. 4th Cir. Certiorari denied.

No. 10–6957. HODGE v. CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 3. Certiorari denied.

No. 10–6978. CHAVEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 10–6993. ALLEN v. DEPARTMENT OF THE AIR FORCE. C. A. 8th Cir. Certiorari denied.

No. 10–6996. NEWMAN v. MEMPHIS LIGHT, GAS & WATER. C. A. 6th Cir. Certiorari denied.

No. 10–7001. BROWDER v. CBE GROUP INC. LITIGATION CEN-TER ET AL. C. A. 8th Cir. Certiorari denied.